O

# United States District Court
# Central District of California

| | |
|---|---|
| MARK THOMAS GRANDE,<br>　　　　　Plaintiff,<br>　　v.<br>LEE BACA et al.,<br>　　　　　Defendants. | Case № 2:13-cv-08348-ODW(AGRx)<br><br>**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER [52]** |

　　Upon further review, the Court hereby **STRIKES** the September 16, 2014 Temporary Restraining Order issued in this case. (ECF No. 52.) Instead, the Court finds that Plaintiff Mark Thomas Grande has not established a valid basis for issuance of a Temporary Restraining Order. *See Winter v. Natural Res. Def. Council*, 55 U.S. 7, 20 (2008). In particular, the Court finds that Grande has not established a likelihood of success on the merits or even serious question going to the merits. *See Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1135 (9th Cir. 2011). Accordingly, the Court **DENIES** Grande's Request for a Temporary Restraining Order. (ECF No. 49.)

　　Based on the Court's *sua sponte* reconsideration, the Court also **DENIES AS MOOT** the Motion to Dissolve the Temporary Restraining Order filed by the California Department of Corrections and Rehabilitation. (ECF No. 54.) Pursuant to

General Order 05-07 this action has been referred to Magistrate Judge Alicia Rosenberg. Judge Rosenberg will consider all matters consistent with General Order 05-07 for the remainder of this case.

**IT IS SO ORDERED.**

October 6, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**