Timothy J. Kral, Esq. (SBN 200919)
Robert E. Murphy, Esq. (SBN 103936)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*tjk@manningllp.com; rem@manningllp.com*

JS-6

Attorneys for Defendants DR. ALIDAD GHIASSI, SHERIFF LEE BACA, DEPUTY HARRISON, DEPUTY JENSEN and CORRECTION ASSISTANT SANDOVAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS GRANDE,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF LEE BACA, DEPUTY HARRISON, DEPUTY JENSEN, CORRECTION ASSISTANT SANDOVAL, DR. GHIASSI, and JOHN AND JANE DOE, et al.,<br><br>Defendants. | Case No. 13CV08348 ODW (AGR)<br>*[Hon. Otis D.Wright, II; Magistrate Judge:Alicia G. Rosenberg]*<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE  [145]**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1) Defendants are dismissed with prejudice from this action by Plaintiff.

2) This Dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

**IT IS SO ORDERED.**

Dated:  April 20, 2016

_____
Otis D. Wright, II
UNITED STATES DISTRICT JUDGE